**Motion Granted, Appeal Reinstated, and Order filed February 25, 2021**



In The

# Fourteenth Court of Appeals

_____

NO. 14-19-00905-CV
_____

## DIAMOND OFFSHORE DRILLING, INC. AND DIAMOND RIG INVESTMENTS LTD, Appellants

## V.

## WILLIAM BLACK, Appellee

**On Appeal from the 281st District Court
Harris County, Texas
Trial Court Cause No. 2015-74728**

## ORDER

We abated this appeal due to appellants' petitioning for bankruptcy. The parties have filed a joint motion to reinstate the appeal and set a briefing schedule. Attached to the motion is an order from the bankruptcy court lifting the automatic stay with respect to this appeal. *See* 11 U.S.C. § 362(d). The motion is granted, and the appeal is reinstated.

The briefing schedule is as follows:

- Appellants' brief is due on March 31, 2021.

- Appellee's brief is due on April 30, 2021.

- Appellants' reply brief is due on May 20, 2021.

PER CURIAM

Panel consists of Justices Zimmerer, Spain, and Poissant.